PER CURIAM.

(No. 73-CC-104)

UNION COUNTY HOSPITAL DISTRICT, Claimant, vs. STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 27, 1973.*

UNION COUNTY HOSPITAL DISTRICT, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

289

PER CURIAM.